**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Dec 11, 2008**

**FILED**
**CLERK'S OFFICE**

**IN RE: CLASSICSTAR MARE LEASE LITIGATION**

| | | |
|---|---|---|
| Harriet V. Barker, et al. v. Private Consulting Group, | ) | |
| Inc., et al., D. Colorado, C.A. No. 1:08-2594 | ) | MDL No. 1877 |

**CONDITIONAL TRANSFER ORDER (CTO-12)**

On October 19, 2007, the Panel transferred six civil actions to the United States District Court for the Eastern District of Kentucky for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1345 (J.P.M.L. 2007). Since that time, 14 additional actions have been transferred to the Eastern District of Kentucky. With the consent of that court, all such actions have been assigned to the Honorable Joseph M. Hood.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Eastern District of Kentucky and assigned to Judge Hood.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Kentucky for the reasons stated in the order of October 19, 2007, and, with the consent of that court, assigned to the Honorable Joseph M. Hood.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Kentucky. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 30, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel